IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| *In Re* Scotty Gardner | Case No. 4:22-MC-00008-LPR<br><br>**CAPITAL CASE** |

**MOTION TO SUBSTITUTE COUNSEL**

Petitioner, Scotty Gardner, respectfully asks this Court to substitute the Federal Public Defender Office for the Middle District of Pennsylvania (PAM FDO) as counsel in his federal capital habeas corpus proceedings. In support of this motion, undersigned counsel states:

1. Scotty Ray Gardner, Prisoner No. SK-000985, is in the custody of the Arkansas Department of Corrections at the Varner Supermax Unit at Grady, Arkansas, under a sentence of death. The Arkansas Supreme Court affirmed his conviction and sentence on direct appeal in 2020. He is represented by state-appointed counsel in his ongoing post-conviction litigation in state court under Arkansas Rule of Criminal Procedure 37.5.

2. On July 1, 2022, this Court appointed the Federal Public Defender Office for the Eastern District of Arkansas (ARE FDO) to represent Mr. Gardner in his federal habeas corpus case. (ECF No. 2.)

3. From that day forward, Attorney Nadia Wood represented Mr. Gardner in the Arkansas Capital Habeas Unit (ARE CHU). She entered her appearance with this Court on November 16, 2022. (ECF No. 5.) As an Assistant Federal Public

1

Defender and lead counsel, Attorney Wood developed an in-depth knowledge of Mr. Gardner's extensive legal, medical, and mental-health records and built a productive professional relationship with Mr. Gardner.

4. On May 8, 2023, Attorney Wood transferred to the PAM FDO as a Research and Writing Attorney in the Capital Habeas Unit (PAM CHU). Because Attorney Wood has developed a uniquely in-depth understanding of the legal and factual issues in Mr. Gardner's capital habeas litigation and has developed a strong rapport with Mr. Gardner himself, both the ARE and the PAM CHUs agree that it would be in the client's best interests for the PAM FDO to substitute as counsel for Mr. Gardner, so that Attorney Wood may continue to work with Mr. Gardner, continue to develop the legal and factual issues in this matter, and provide continuity of counsel as part of the legal team for Mr. Gardner.

5. The PAM CHU, which Attorney Wood has joined, has a well-qualified staff of attorneys, investigators, and paralegals whose sole job is representing capital post-conviction petitioners in §§ 2254 and 2255 cases and clemency petitions. The PAM CHU has previously represented a capital § 2255 client in the Eighth Circuit and currently represents clients in § 2254 litigation outside of Pennsylvania. It has been involved in several training programs (both as participants and as faculty) on practice in capital habeas cases. Attorneys in the PAM CHU possess the specialized expertise necessary to represent individuals in federal capital habeas corpus proceedings and meet the qualification standards for appointment as set

forth in 18 U.S.C. § 3599(a)(2) and Section XI.F of this Court's Criminal Justice Act Plan.

6. The PAM FDO is recognized by the United States Courts as a Federal Defender Organization pursuant to 18 U.S.C. § 3006A of the Criminal Justice Act. Accordingly, the office receives funding from the Administrative Office of the United States Courts to provide representation to death-sentenced prisoners in federal habeas corpus proceedings and will not bill the Court for fees and expenses. The PAM CHU's depth of experience and resources combined with Attorney Wood's unique comprehension of this matter and knowledge of Arkansas law and procedure offer an efficient and cost-effective solution to the continuing representation of Mr. Gardner.

7. Consistent with administrative protocol, the PAM FDO sought permission from the Administrative Office of the United States Courts' Defender Services Office (DSO) to apply to this Court for an out-of-district appointment in this matter. As part of this protocol, the DSO notified Hon. Lavenski Smith, Chief Judge of the Eighth Circuit Court of Appeals, of this proposed out-of-district representation. Chief Judge Smith and Chief Judge Michael Chagares of the Third Circuit Court of Appeals, where the PAM FDO practices, do not oppose this appointment. The DSO has approved the PAM FDO's request to substitute as counsel for the ARE FDO in this matter.

WHEREFORE, undersigned counsel respectfully requests that the Federal Public Defender for the Middle District of Pennsylvania be substituted as counsel in

these federal habeas corpus proceedings under 28 U.S.C. § 2254 and in all ancillary matters as contemplated by 18 U.S.C. § 3599 and the Criminal Justice Plan adopted by this Court.

        Respectfully submitted,

        LISA G. PETERS
        FEDERAL PUBLIC DEFENDER

        JOHN C. WILLIAMS, AR Bar No. 2013233
        Assistant Federal Public Defender
        Chief, Capital Habeas Unit
        Federal Public Defender for the
            Eastern District of Arkansas
        1401 W. Capitol Suite 490
        Little Rock, AR 72201
        (501) 324-6114
        john_c_williams@fd.org

        -AND-

        LEANE RENÉE, NY Bar No. 3026168
        Assistant Federal Public Defender
        Chief, Capital Habeas Unit
        Federal Public Defender for the
            Middle District of Pennsylvania
        100 Chestnut Street, Third Floor
        Harrisburg, PA 17101
        (717) 782-3966
        leane_renee@fd.org